# Exhibit A



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

AUG 2 4 2021

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
      COMMANDERS OF THE COMBATANT COMMANDS
      DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense
      Service Members

    To defend this Nation, we need a healthy and ready force. After careful consultation with medical experts and military leadership, and with the support of the President, I have determined that mandatory vaccination against coronavirus disease 2019 (COVID-19) is necessary to protect the Force and defend the American people.

    Mandatory vaccinations are familiar to all of our Service members, and mission-critical inoculation is almost as old as the U.S. military itself. Our administration of safe, effective COVID-19 vaccines has produced admirable results to date, and I know the Department of Defense will come together to finish the job, with urgency, professionalism, and compassion.

    I therefore direct the Secretaries of the Military Departments to immediately begin full vaccination of all members of the Armed Forces under DoD authority on active duty or in the Ready Reserve, including the National Guard, who are not fully vaccinated against COVID-19.

    Service members are considered fully vaccinated two weeks after completing the second dose of a two-dose COVID-19 vaccine or two weeks after receiving a single dose of a one-dose vaccine. Those with previous COVID-19 infection are not considered fully vaccinated.

    Mandatory vaccination against COVID-19 will only use COVID-19 vaccines that receive full licensure from the Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance. Service members voluntarily immunized with a COVID-19 vaccine under FDA Emergency Use Authorization or World Health Organization Emergency Use Listing in accordance with applicable dose requirements prior to, or after, the establishment of this policy are considered fully vaccinated. Service members who are actively participating in COVID-19 clinical trials are exempted from mandatory vaccination against COVID-19 until the trial is complete in order to avoid invalidating such clinical trial results.

    Mandatory vaccination requirements will be implemented consistent with DoD Instruction 6205.02, "DoD Immunization Program," July 23, 2019. The Military Departments should use existing policies and procedures to manage mandatory vaccination of Service members to the extent practicable. Mandatory vaccination of Service members will be subject to any identified contraindications and any administrative or other exemptions established in Military Department policy. The Military Departments may promulgate appropriate guidance to carry out the requirements set out above. The Under Secretary of Defense for Personnel and



OSD007764-21/CMD010116-21

Readiness may provide additional guidance to implement and comply with FDA requirements or Centers for Disease Control and Prevention recommendations.

The Secretaries of the Military Departments should impose ambitious timelines for implementation. Military Departments will report regularly on vaccination completion using established systems for other mandatory vaccine reporting.

Our vaccination of the Force will save lives. Thank you for your focus on this critical mission.

# Exhibit B



**SECRETARY OF THE AIR FORCE**
WASHINGTON

3 September 2021

MEMORANDUM FOR DEPARTMENT OF THE AIR FORCE COMMANDERS

SUBJECT: Mandatory Coronavirus Disease 2019 Vaccination of Department of the Air Force
Military Members

On 24 August 2021, the Secretary of Defense issued a mandate for all members of the
Armed Forces under Department of Defense authority on active duty or in the Ready Reserve,
including the National Guard, to immediately begin full vaccination against COVID-19.

Effective immediately, commanders in the Department of the Air Force shall take all
steps necessary to ensure all uniformed Airmen and Guardians receive the COVID-19 vaccine,
which includes issuing unit-wide and individual orders to their military members. Commanders
must take action systematically and as expeditiously as possible to ensure prompt and full
vaccination of Service members. Unless exempted, Active Duty Airmen and Guardians will be
fully vaccinated by 2 November 2021. Unless exempted, Ready Reserve, to include National
Guard, Airmen and Guardians will be fully vaccinated by 2 December 2021. To aid in the
process, there are additional resources available in the COVID-19 Commander's Toolkit,
available at https://usaf.dps.mil/teams/COVID-19/SitePages/Home.aspx.

Only COVID-19 vaccines that receive full licensure from the Food and Drug
Administration (FDA) will be utilized for mandatory vaccinations unless a military member
volunteers to receive a vaccine that has obtained U.S. Food and Drug Administration Emergency
Use Authorization or is included in the World Health Organization's Emergency Use Listing.
Individuals with previous COVID-19 infection or positive serology are not considered fully
vaccinated and are not exempt.

Pursuant to my authority under Article 22 of the Uniform Code of Military Justice and
Rules for Courts-Martial 306, 401, and 601, I hereby withhold initial disposition authority from
all commanders within the Department of the Air Force who do not possess at least special court-
martial convening authority and who are not in the grade of O-6 with respect to any alleged
offense that constitutes refusal or failure to obtain the COVID-19 vaccine. Commanders are
advised to consult with their servicing staff judge advocate for further guidance.

Together, we will win this fight against COVID-19. *One Team, One Fight.*

Frank Kendall

2 Attachments:
1.  Secretary of Defense Memorandum, "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members," 24 August 2021
2.  Department of the Air Force COVID-19 Vaccination Implementation Guidance, 2 September 2021

cc:
AF/CC
SF/CSO

# Exhibit C



# SECRETARY OF THE AIR FORCE
## WASHINGTON

0 7 DEC 2021

MEMORANDUM FOR  ALMAJCOM-FLDCOM-FOA-DRU/CC
                 DISTRIBUTION C

SUBJECT: Supplemental Coronavirus Disease 2019 Vaccination Policy

    This memorandum establishes specific policy and provides guidance applicable to regular Air Force and Space Force members, Air Force Reserve and Air National Guard members. This memo includes supplemental guidance concerning those who requested separation or retirement prior to 2 November 2021, those whose requests for medical, religious or administrative exemption from the COVID-19 vaccine are denied, and those who refuse to take the COVID-19 vaccine. Compliance with this memorandum is mandatory.

    As the Secretary of the Air Force, it is my responsibility to promote the health, safety and military readiness of all Air Force and Space Force personnel, regardless of duty status, to include Air National Guard performing any duty or training under both Title 10 and Title 32 of the United States Code. COVID-19 poses a direct risk to the health, safety, and readiness of the force. Vaccination against COVID-19 is an essential military readiness requirement for all components of the Air Force and Space Force to ensure we maintain a healthy force that is mission ready.

    Commanders will take appropriate administrative and disciplinary actions consistent with federal law and Department of the Air Force (DAF) policy in addressing service members who refuse to obey a lawful order to receive the COVID-19 vaccine and do not have a pending separation or retirement, or medical, religious or administrative exemption. Refusal to comply with the vaccination mandate without an exemption will result in the member being subject to initiation of administrative discharge proceedings. Service characterization will be governed by the applicable Department of the Air Force Instructions.

    Pending Separation or Retirement - unvaccinated regular Airmen and Guardians who submitted a request to retire or separate prior to 2 November 2021, with a retirement or separation date on or before 1 April 2022, may be granted an administrative exemption from the COVID-19 vaccination requirement until their retirement or separation date.

    Medical, Religious or Administrative Exemption - unvaccinated regular Airmen or Guardians with a request for medical, religious, or administrative exemption will be temporarily exempt from the COVID-19 vaccination requirement while their exemption request is under review.  Service members who receive a denial of their medical, religious, or administrative exemption request have five (5) calendar days from that denial to do one of the following: 1) Begin a COVID-19 vaccination regimen.  If the service member indicates his or her intent is to begin the vaccination regimen, commanders may use their discretion to adjust the timeline based on local COVID-19 vaccination supplies; 2) Submit an appeal to the Final Appeal Authority or

request a second opinion (medical).  If a final appeal or exemption is denied, the service member will have five (5) calendar days from notice of denial to begin the COVID-19 vaccination regimen; 3) If able, based upon the absence of or a limited Military Service Obligation (MSO), and consistent with opportunities afforded service members prior to 2 November 2021, request to separate or retire on or before 1 April 2022, or no later than the first day of the fifth month following initial or final appeal denial.

Regular service members who continue to refuse to obey a lawful order to receive the COVID-19 vaccine after their exemption request or final appeal has been denied or retirement/separation has not been approved will be subject to initiation of administrative discharge.  Discharge characterization will be governed by the applicable Department of the Air Force Instructions.  Service members separated due to refusal of the COVID-19 vaccine will not be eligible for involuntary separation pay and will be subject to recoupment of any unearned special or incentive pays.

Commanders will ensure all unvaccinated service members comply with COVID-19 screening and testing requirements and applicable safety standards.  Leaders should continue to counsel all unvaccinated individuals on the health benefits of receiving the COVID-19 vaccine.

Unique guidance associated with the Air Force Reserve is provided at Attachment 1. Unique guidance associated with the Air National Guard is provided at Attachment 2.

This Memorandum becomes void one-year after date of issuance.

Frank Kendall
Secretary of the Air Force

Attachments
1. Supplementary Guidance for Members of the Air Force Reserve
2. Supplementary Guidance for Members of the Air National Guard

**Attachment 1**

**Supplementary Guidance for Members of the Air Force Reserve**

1. This supplementary addendum establishes specific policy and provides guidance applicable to Air Force Reserve (AFR) members, pursuant to Secretary of Defense and Secretary of the Air Force guidance as well as AFRC/CD's *AFRC Vaccine Guidance* memo, dated 24 September 2021. Compliance with this guidance is mandatory.

2. Effective 2 December 2021, all AFR members were required to fall into one of the following categories to comply with the vaccination mandate:

    a. Completed a vaccination regimen.
    b. Have requested or received a medical exemption.
    c. Have requested or received a Religious Accommodation Request (RAR).
    d. Have requested or received an administrative exemption.

3. Unvaccinated members who request a medical exemption or RAR will be temporarily exempt from the COVID-19 vaccination requirement while their exemption request is under review. For those members who have declined to be vaccinated, or have not otherwise complied with the guidance above, they are potentially in violation of the Uniform Code of Military Justice (UCMJ) by refusing to obey a lawful order. Commanders should use their discretion as appropriate when initiating disciplinary action.

4. Traditional Reserve (TR) and Individual Mobilization Augmentee (IMA) members who fail to be vaccinated and have not submitted an exemption or accommodation will be placed in a no pay/no points status and involuntarily reassigned to the Individual Ready Reserve (IRR). Active Guard and Reserve (AGR) members who fail to be vaccinated and have not submitted an exemption or accommodation will have their AGR tour curtailed and involuntarily reassigned to the IRR.

5. Members whose medical exemption or RAR is denied have five (5) calendar days from receipt of their denial to do one of the following:

    a. Begin a COVID-19 vaccination regimen.
    b. Request a second opinion (medical) or submit an appeal to the final RAR appeal authority (AF/SG). If a final appeal is denied, the member will have five (5) calendar days from notice of denial to begin the COVID-19 vaccination regimen.
    c. If eligible to retire:
        i. IMAs and TRs may request to retire with a retirement date on or before 1 June 2022 and will be placed in a no pay/no points status not later than 60 calendar days post RAR/appeal notification.

3

      ii.  AGR members may be able to retire if they begin terminal leave status NLT 60 calendar days from RAR/appeal notification.

6. Immediately following notification of final adjudication, AFR members must comply with the vaccination requirement.  Any refusal to receive the COVID-19 vaccine, absent an approved exemption, may be punishable under the UCMJ. Continued refusal will result in involuntary reassignment to the IRR.

7. Members will be subject to recoupment for any unearned special, incentive pays or certain training.

8. Where required, AFR Airmen will complete all out-processing requirements, to include the Transition Assistance Program or Permanent Change of Station actions.

**Attachment 2**

**Supplementary Guidance for Members of the Air National Guard**

1. This supplementary addendum establishes specific policy and provides guidance applicable to Air National Guard (ANG) members pursuant to Secretary of Defense and Secretary of the Air Force guidance. Compliance with this guidance is mandatory.

2. IAW 32 U.S.C. 328, the Secretary of the Air Force hereby withdraws consent for members not fully vaccinated to be placed on or to continue on previously issued Title 32 Active Guard and Reserve (AGR) orders.

3. By 31 December 2021, ANG members, regardless of status, will be classified in the following categories:

    a. Completed or have started a vaccination regimen.
    b. Have requested or received a medical exemption.
    c. Have requested or received a Religious Accommodation Request (RAR).
    d. Have requested or received an administrative exemption.
    e. Declined to be vaccinated.

4. Unvaccinated members who request a medical exemption or RAR will be temporarily exempt from the COVID-19 vaccination requirement while their exemption request is under review.

5. Excluding members with pending or approved medical, religious, or administrative exemption requests, ANG members that have not initiated a vaccination regimen by 31 December 2021 may not participate in drills, training, or other duty conducted under Title 10 or Title 32 U.S.C., and those with a remaining Military Service Obligation will be involuntarily assigned to the Individual Ready Reserve (IRR) in accordance with 10 U.S.C. §651 and DoDI 1235.13.

6. Members whose medical exemption or RAR is denied have five (5) calendar days from receipt of their denial to do one of the following:

    a. Begin a COVID-19 vaccination regimen.
    b. Request a second opinion (medical) or submit an appeal to the final RAR appeal authority (AF/SG). If a final appeal is denied, the member will have five (5) calendar days from notice of denial to begin the COVID-19 vaccination regimen.
    c. If eligible to retire:
       i. Title 32 Drill Status Guardsmen, to include Dual Status Technicians, may request to retire with a retirement date on or before 1 April 2022.
       ii. Active Guard and Reserve (AGR) members may be able to retire if they begin terminal leave status NLT 60 calendar days from the RAR/appeal notification.

5

7. Immediately following notification of final adjudication, ANG members must comply with the vaccination requirement. Those with a remaining Military Service Obligation who continue to refuse vaccination, will be involuntarily assigned to the IRR.

8. Members will be subject to recoupment for any unearned special, incentive pays or certain training.

9. Where required, ANG members will complete all out-processing requirements, to include the Transition Assistance Program or Permanent Change of Station actions.

# Exhibit D



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

NOV 3 0 2021

MEMORANDUM FOR SECRETARIES OF THE MILITARY SERVICES
CHAIRMAN OF THE JOINT CHIEFS OF STAFF
UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND
READINESS
CHIEF OF THE NATIONAL GUARD BUREAU

SUBJECT: Coronavirus Disease 2019 Vaccination for Members of the National Guard and the
Ready Reserve

In my memorandum of August 24, 2021, "Mandatory Coronavirus Disease 2019
Vaccination of Department of Defense Service Members," I directed the Secretaries of the
Military Departments to immediately begin full vaccination of all members of the Armed Forces
under DoD authority on active duty or in the Ready Reserve, including the National Guard, who
are not fully vaccinated against coronavirus disease 2019 (COVID-19).

Vaccination is essential to the health and readiness of the Force. Accordingly, the
Secretary of the Army and the Secretary of the Air Force, in coordination with the Under
Secretary of Defense for Personnel and Readiness and the Chief of the National Guard Bureau,
shall establish, as appropriate, policies and implementation guidance to address the failure to
maintain this military medical readiness requirement by members of the non-federalized
National Guard who remain unvaccinated, including as follows:

- Unless otherwise exempted in accordance with Department policy, all members of the
National Guard must be fully vaccinated for COVID-19 by the deadlines established by
the Army or Air Force, as appropriate, or must subsequently become vaccinated, in order
to participate in drills, training and other duty conducted under title 32, U.S. Code.

- No Department of Defense funding may be allocated for payment of duties performed
under title 32 for members of the National Guard who do not comply with Department of
Defense COVID-19 vaccination requirements.

- No credit or excused absence shall be afforded to members who do not participate in
drills, training, or other duty due to failure to be fully vaccinated against COVID-19.

The Secretaries of the Military Department, in coordination with the Under Secretary of
Defense for Personnel and Readiness, shall issue similar guidance and policy for members of the
Ready Reserve, in addition to the guidance and policy issued by the Secretaries of the Army and
the Air Force, with respect to members of the non-federalized National Guard.

The policies and implementation guidance directed by this memorandum shall be
published no later than December 6, 2021. As I've said before, vaccination of the Force will
save lives and is essential to our readiness. Thank you for your continued leadership and focus
on this critical mission.

*Lloyd J. Austin*

# Exhibit E



**DEPARTMENT OF THE AIR FORCE**
**AIR FORCE RESERVE COMMAND**

NOV 2 9 2021

MEMORANDUM FOR SRA FAITH CROCKER

FROM: HQ AFRC/CC
555 Robins Parkway, Suite 250
Robins AFB GA 31098-2005

SUBJECT: Request for Immunization Exemption

1. I have reviewed your request for religious exemption from the recently approved COMIRNATY®/ Pfizer-BioNTech COVID-19 vaccine, the EUA COVID-19 vaccines that include Johnson's Janssen and the Moderna COVID-19 vaccines. I understand your concerns, which are based on your sincerely held beliefs. After carefully considering the specific facts and circumstances of your request, the recommendation of your chain of command and the MAJCOM Religious Resolution Team, I **disapprove** your request for religious exemption for the COVID-19 vaccine.

2. I do not doubt the sincerity of your beliefs. However, when evaluating your request for religious exemption, I also had to consider the risk to our mission. All immunizations, including those listed above, are an important element of mission accomplishment, as they contribute to the health, safety, and readiness of the force. Given the importance of our mission, the Department of Defense and the Department of the Air Force have a compelling government interest in maintaining a healthy and ready military force through vaccination. Specifically regarding the COVID-19 vaccination, since less restrictive means of protecting our force from COVID-19 are unavailable, all uniformed Airmen must be fully vaccinated against COVID-19 and other infectious diseases. Individual medical readiness is a critical requirement for maintaining a healthy and ready force.

3. If you choose to appeal this decision, please submit your written request to your unit commander within 72 hours of receiving notice of my decision.

4. A copy of this decision memorandum will be placed in your online personnel records. My point of contact is Ch, Lt Col Stacey Hanson, stacey.hanson@us.af.mil, DSN 497-1221.

RICHARD W. SCOBEE
Lieutenant General, USAF
Commander

cc:
10 AF/CC
307 BW/CC
307 AMXS/CC



**DEPARTMENT OF THE AIR FORCE**
AIR FORCE RESERVE COMMAND
307th BOMB WING
BARKSDALE AIR FORCE BASE LOUISIANA

04 Dec 2021

MEMORANDUM FOR AFRC/CC

307 AMXS/CC

FROM: SRA FAITH CROCKER

SUBJECT: Appeal the Denial for Religious Accommodation Request for Immunization

References: (a) DODI 1300.17, Religious Liberty in the Military Services, 1 Sept 20

(b) AFI 1-1, 7 Aug 12, Air Force Standards
(c) AFI 48-110, 16 Feb 18, Immunizations and Chemoprophylaxis for the Prevention of Infectious Diseases
(d) AFPD 52-2, 28 Jul 20, Accommodation of Religious Practices in the Air Force
(e) DAFI 52-201, Religious Freedom in the Department of the Air Force, 32 Jun 21
(f) Christian Holy Bible
(g) The Bill of Rights
(h) Declaration of Independence

1. I, SrA, Crocker Faith, 307 AMXS, 2W151, DOD ID 1551688069 am asking for reconsideration for a religious accommodation waiver for the reasons set out below.

2. As a member of the Christian faith group, I am requesting a religious accommodation for the Covid-19 vaccination. The request will not interfere with my primary duties, which include loading, unloading, and positioning munitions on aircraft, operationally check and electrically test aircraft weapons release systems, remove, disassemble and inspect parts that might be damaged and perform armament systems maintenance functions. My coworkers and supervisors all agree that this should be my decision to not partake in the covid vaccination if I do not believe it is the right thing to do. They also believe it will not interfere with the work that needs to be accomplished to make a substantial difference in the world's greatest Air Force.

3. The authoritative texts or tradition for my beliefs include The Holy Bible, The Bill of Rights, and The Declaration of Independence. Among them include several passages, teachings, or historic examples illustrating that I should have the right to control my own body. They include:

- Corinthians 6:19-20 " 19 Do you not know that your bodies are temples of the Holy Spirit, Who is in you, whom you have received from God? You are not your own; 20 you were bought at a price. Therefore honor God with your bodies."
- Romans 12:1-2 "1 Therefore, I urge you, brothers and sisters, in view of God's mercy, to offer your bodies as a living sacrifice, holy and pleasing to God-this is your true and proper worship. 2 Do not conform to the pattern of this world, but be transformed by the renewing of your mind.
- Genesis 9:7 "And as for you, be fruitful and multiply; Bring forth abundantly in the earth And multiply in it."2 Then you will be able to test and approve that God's will is-his good, pleasing and perfect will." Philippians 1:20 "20 I eagerly expect and hope that I will in no way be ashamed, but will have sufficient courage so that now as always Christ will be exalted in my body, whether by life or by death."

4.  I do not take my religion lightly. I firmly believe that I am the guardian of the temple of God and I am eternally responsible for what I chose to put into my body. The documented side effects for vaccine patients are equally as fatal for some patients. The long term manipulation of a person's MRNA has never been studied but claims of neurological damage and tremors have already been reported and verified among those choosing to be vaccinated. In my opinion, I will not be honoring God and his temple if I were to acquire the Covid-19 vaccination. I need to be healthy and consider my body for the future. I may not be able to be fruitful and multiply if the vaccine were to damage my health. As the guardian of my temple I believe it is my sole responsibility to care for my physical body.

- "...That all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness" "The powers not delegated to the United States by the Constitution, nor prohibited by the States, respectively, or to the people."
  Our foreFathers determined that there is a God and that God gave us unalienable rights among these rights are Life, Liberty, and the pursuit of Happiness. As recorded in our Declaration of Independence. This belief was cotfied into our constitution in the very first amendment.

5.  As a citizen of our great country our first amendment guarantees me the right to worship at the dictates of my own free will.
- "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."
  By ordering me to comply with taking this vaccine you are infringing on my personally held religious belief. By denying my request for exemption and threatening to discharge me you are violating my right to petition the Government. There is an active court case happening right now that would allow these issues to be resolved. I respectfully request any adverse action to be postponed until the court system has settled this issue.
  Further, my oath of office requires me to defend the constitution of the United States. By giving me a direct order that violates the very first Amendment of the United States Constitution I am in fact honoring my oath by refusing such an illegal order.

  - The Supreme Court in 2003 decided A superior's order is presumed to be lawful and is disobeyed at the subordinate's peril. To sustain the presumption, The order must relate to military duty. It must not conflict with the statutory or constitutional right of a person receiving the order. Finally it must be a specific mandate to do or

not to do a specific act. In sum, an order is presumed lawful if it has a valid military purpose and is a clear, precise, narrowly drawn mandate.

6. I was born into a traditional Baptist family where my father is a pastor. I am currently continuing my education at Liberty University in Religion. This is a decision I have come to over a lifetime of training and significant time in prayer. In addition to my firm religious beliefs, I am legitimately concerned with the long term side effects the Covid-19 vaccination could cause.

Although I have only been in the Air force just short of three years I plan on continuing my career here for the rest of my life and eventually becoming an officer.  I love my job and making a difference whether it is big or small. My coworkers and supervisors are the best work family I can ask for. They are continually supporting me and teaching me new things for me to become a better maintainer, airman, leader, and woman. I am fully aware that I am seen as just an airman who the Air Force is comfortable with losing. My dedication and work ethic is not replaceable. I abide by the rules and have never had any disciplinary issues. I also believe it is right to stand up with what I believe in. That being said, I will not allow anyone to disregard my religion. I am asking for assistance in defending the Constitution that I swore to defend when I raised my right hand.

7. If you have any questions, please contact SrA Crocker, Faith at ███████ or ████████████

FAITH N. CROCKER, SrA, USAF
Aircraft Ordnance Systems Mechanic



**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS UNITED STATES AIR FORCE**
**WASHINGTON DC**

FEB 2 5 2022

MEMORANDUM FOR SENIOR AIRMAN FAITH N. CROCKER

FROM: HQ USAF/SG
1780 Air Force Pentagon
Washington, DC 20330-1780

SUBJECT: Decision on Religious Accommodation Appeal

Your final appeal is denied. In accordance with Department of the Air Force Instruction (DAFI) 52-201, *Religious Freedom in the Department of the Air Force*, paragraph 3.2, I have carefully reviewed your request for religious accommodation, specifically for an exemption from the COVID-19 immunization.

The Department of the Air Force has a compelling government interest in requiring you to comply with the requirement for the COVID-19 immunization because preventing the spread of disease among the force is vital to mission accomplishment. In light of your circumstances, your present duty assignment requires intermittent to frequent contact with others and is not fully achievable via telework or with adequate distancing. We must be able to leverage our forces on short notice as evidenced by recent worldwide events. Your health status as a non-immunized individual in this dynamic environment, and aggregated with other non-immunized individuals in steady state operations, would place health and safety, unit cohesion, and readiness at risk. Foregoing the above immunization requirement would have a real adverse impact on military readiness and public health and safety. There are no less restrictive means available in your circumstance as effective as receiving the above immunization in furthering these compelling government interests.

A copy of this decision memorandum will be placed in your automated personnel records. Please contact your unit leadership for questions or concerns.

ROBERT I. MILLER
Lieutenant General, USAF, MC, SFS
Surgeon General