**MINUTES [0:30]**
August 23, 2022

                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF LOUISIANA
                                SHREVEPORT DIVISION

| | |
|---|---|
| FAITH CROCKER | CIVIL ACTION NO. 22-cv-757 |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| LLOYD AUSTIN, ET AL | MAGISTRATE JUDGE HORNSBY |

      A telephone status conference was held on August 23, 2022.  Plaintiffs' counsel stated that the remaining issue is the reason Mr. Starks was separated from the Air Force.  Ms. Frederick stated that, if the answer is medical, there is a question about the jurisdiction of this court and whether such a claim must be filed in the Federal Court of Claims.  Following a discussion with counsel, the court ordered the Government to file an answer or appropriate motion no later than **September 23, 2022**.  If the Government files an answer, the parties are directed to begin discovery and promptly contact the court for a status conference to set deadlines.  If the Government files a motion, it will be noticed for full briefing.  In the meantime, if either party desires an additional status conference with the court, they are directed to contact chambers.



Mark L. Hornsby
U.S. Magistrate Judge