**MINUTES [0:30]**
March 6, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

FAITH CROCKER                          CIVIL ACTION NO. 22-cv-757

VERSUS                                 JUDGE S. MAURICE HICKS, JR.

LLOYD AUSTIN ET AL                     MAGISTRATE JUDGE HORNSBY


A telephone status conference was held on March 6, 2023.  Plaintiff believes that the case is not moot simply because the vaccine mandate has been rescinded.  Plaintiff wishes to press forward with all claims except the claim for injunctive relief.  An appeal on the class-wide injunction is currently pending in the Sixth Circuit.  The Government has (or will) filed a motion with the Sixth Circuit based on mootness.

The motion to dismiss pending before Judge Hicks is not affected by the lifting of the vaccine mandate.  That motion will need a ruling.  The Government stated that it intends to file a motion to dismiss on the issue of mootness.  The deadline for that motion is March 31, 2023.

The **Motion for Preliminary Injunction** filed by Plaintiff (Doc. 3) is **denied** as moot. But Plaintiff is granted leave to refile a similar motion in the event of another change in the Covid vaccine mandate policy.

Mark L. Hornsby
U.S. Magistrate Judge