UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| FAITH CROCKER | CASE NO. 5:22-CV-00757 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LLOYD AUSTIN ET AL | MAGISTRATE JUDGE HORNSBY |

## NOTICE OF MOTION SETTING

The Motion to Dismiss (Document No. 34) filed by Lloyd Austin, U S Dept of Defense, Frank Kendall, III, Robert I Miller, Richard W Scobee on March 30, 2023 has been referred to the Honorable S. Maurice Hicks, Jr. A written ruling will be issued in due course.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within **fourteen (14) calendar days** from the date of this notice. The movant may file a reply memorandum, without leave of court, within **seven (7) calendar days** after the date on which the memorandum in opposition is filed.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record **without** oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary.

### Courtesy Copies Required

A courtesy copy of the briefs and any attachments **MUST** be provided to chambers promptly after filing in **both paper and electronic formats.** The mailing address is Tom Stagg United States Court House 300 Fannin St., Suite 5101, Shreveport, LA, 71101. The electronic copy shall be formatted in either Word Perfect, Word, or Rich Text Format and e-mailed to **motions_hicks@lawd.uscourts.gov.**

**DATE OF NOTICE: March 30, 2023**

TONY R. MOORE
CLERK OF COURT