# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 06, 2023

Mr. Tony R. Moore
Western District of Louisiana, Shreveport
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 23-30497    Crocker v. Austin
                            USDC No. 5:22-CV-757

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Christina A. Gardner, Deputy Clerk
                              504-310-7684

cc w/encl:
    Mr. James Stuart Baehr
    Ms. Sarah Jane Clark
    Mrs. Jennifer Bailey Frederick

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
December 6, 2023

No. 23-30497

Lyle W. Cayce
Clerk

---

FAITH CROCKER; DAVID J. SCHADWINKEL; IAN R. MCHALEY; CHRISTOPHER F. DUFF; BYRON O. STARKS, JR.; WAYNE E. JOHNSON; MENDELL L. POTIER,

*Plaintiffs—Appellants,*

versus

LLOYD AUSTIN; UNITED STATES DEPARTMENT OF DEFENSE; FRANK KENDALL, III; ROBERT I. MILLER; RICHARD W. SCOBEE,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:22-CV-757

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 6, 2023, for want of prosecution. The appellant failed to timely file record excerpts.



A True Copy
Certified order issued Dec 06, 2023

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 23-30497

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT